

|   |   |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | STANLEY A. BOONE |
|   | SHEILA K. OBERTO |
| 3 | Assistant U.S. Attorneys |
| 4 | 4401 Federal Building |
|   | 2500 Tulare Street |
| 5 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |

FILED
MAY 07 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) 01: 07-CR-00101 AWI
)
        Plaintiff, )
) ORDER UNSEALING
v. ) INDICTMENT AND
) WARRANTS OF ARREST
RYAN NATHAN FRIEND, )
MICHAEL RAY BUCHANAN II, )
CHRISTOPHER TRAVIS, )
LLOYD TOM TRAVIS, )
ROBERT MORENO, and )
CESAR MORENO, )
)
        Defendants. )
_____)

    The indictment and warrant of arrest in this case, having been sealed by Order of this Court pursuant, and it appearing that it no longer need remain secret,

    IT IS HEREBY ORDERED that the complaint and warrant of arrest be unsealed and made public record.

DATED: 5/7/2007      _____
                     United States Magistrate Judge