```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```



FILED

MAY 07 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 01: 07-CR-00101 AWI |
| ) | |
| Plaintiff, ) | |
| ) | ORDER UNSEALING |
| v. ) | INDICTMENT AND |
| ) | WARRANTS OF ARREST |
| RYAN NATHAN FRIEND, ) | |
| MICHAEL RAY BUCHANAN II, ) | |
| CHRISTOPHER TRAVIS, ) | |
| LLOYD TOM TRAVIS, ) | |
| ROBERT MORENO, and ) | |
| CESAR MORENO, ) | |
| ) | |
| Defendants. ) | |

The indictment and warrant of arrest in this case, having been sealed by Order of this Court pursuant, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the complaint and warrant of arrest be unsealed and made public record.

DATED: 5/7/2007           _____
                          United States Magistrate Judge