DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #059080
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone (559) 487-5561

Attorney for Defendant Ryan Nathan Friend

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> RYAN NATHAN FRIEND, *et al.*, ) <br> ) <br> *Defendant*. ) <br> ) <br> _____ ) | Docket No. 1:07-cr-00101 AWI <br><br> WAIVER OF DEFENDANT'S PERSONAL PRESENCE (Fed. R. Crim. P. 43(c)(3)), AND ORDER THEREON |

**WAIVER**

I hereby waive my right to be present in person in open court in the above-entitled case for any proceeding involving only a conference or hearing upon a question of law, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before trial except for arraignment and plea, and not including the trial or imposition of sentence. I request the court to proceed during any of my absences which the court may permit pursuant to this waiver. I agree that my interests will be deemed to be represented at all times by the presence of my attorney, the same as if I were personally present;

/////

/////

Waiver of Personal Appearance

and I further agree to be present in person in court ready for trial, any day and hour the court may fix in my absence.

DATED: 6/4/07

/s/ Ryan Nathan Friend
Defendant

_____
Address

_____
City and State

APPROVED:

   /s/ Marc C. Ament
MARC C. AMENT
Assistant Federal Defender
Attorney for Defendant

**ORDER**

IT IS SO ORDERED. The defendant is excused from personal appearance at all hearings in this matter except for arraignment, plea, trial, imposition of sentence, or any hearing at which evidence will be taken.

IT IS SO ORDERED.

**Dated:   June 5, 2007**              /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE