DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RYAN NATHAN FRIEND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RYAN NATHAN FRIEND, et al., ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:07-cr-0101 AWI <br><br> **AMENDED (SECOND)** STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER <br><br> Date: February 11, 2008 <br> Time: 9:00 a.m. <br> Judge: Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above-entitled matter now set for December 3, 2007, **may be continued to February 11, 2008, at 9:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for investigation and continued settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant

///

///

///

///

1  in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the

2  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3

4                                                     McGREGOR W. SCOTT
                                                   United States Attorney

5

6  DATED: November 29, 2007          By:  /s/  Stanley A. Boone
                                                               STANLEY A. BOONE

7                                                    Assistant U.S. Attorney
                                                  Attorney for Plaintiff

8

9  DATED:  November 29, 2007        By:  /s/ Katherine L. Hart
                                                   KATHERINE L. HART

10                                                  Attorney for Defendant
                                                 LLOYD TOM TRAVIS

11

12 DATED:  November 29, 2007        By:  /s/ Daniel L. Harralson
                                                 DANIEL L. HARRALSON

13                                                Attorney for Defendant
                                             CHRISTOPHER TRAVIS

14

15 DATED:  November 29, 2007        By:  /s/ Carl M. Faller
                                               CARL M. FALLER

16                                              Attorney for Defendant
                                           MICHAEL RAY BUCHANAN, II

17

18 DATED:  November 29, 2007        By:  /s/ Mark W. Coleman
                                               MARK W. COLEMAN

19                                              Attorney for Defendant
                                           CESAR MORENO

20

21 DATED:  November 29, 2007        By:  /s/ Harry M.  Drandell
                                             HARRY M. DRANDELL

22                                              Attorney for Defendant
                                           ROBERT MORENO

23

24                                                DANIEL J. BRODERICK
                                               Federal Defender

25

26 DATED: November 29, 2007          By:  /s/  Marc C. Ament
                                                 MARC C. AMENT

27                                              Assistant Federal Defender
                                           Attorney for Defendant

28                                              RYAN NATHAN FRIEND

**ORDER**

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:    November 30, 2007**              /s/ Anthony W. Ishii
                                             UNITED STATES DISTRICT JUDGE