(SPACE BELOW FOR FILING STAMP ONLY)

1  **HARRY M. DRANDELL #109293**
   **LAW OFFICES OF HARRY M. DRANDELL**
2  1221 VAN NESS AVENUE, SUITE 450
   FRESNO, CA 93721
3  PHONE (559) 442-8888
   FAX (559) 442-8891

ATTORNEYS FOR    Defendant, Robert Moreno

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:07-CR-00101 AWI |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. ) | Date: February 11, 2008 |
| ROBERT MORENO, et al., ) | Time: 9:00 a.m. |
| Defendant. ) | HON. ANTHONY W. ISHII |
| ) | Dept. 2 |

IT IS HEREBY STIPULATED by and between the parties hereto, and the United States of America, through the undersigned counsel, that the date for the defendants' Status Conference in the above-captioned matter now set for February 11, 2008, be continued to March 31, 2008.

This continuance is requested by counsel for defendant to allow additional time for investigation and continued settlement negotiations.

The parties further agree that this additional time period shall be excluded from Speedy Trial pursuant to Title 18, U.S.C. §3161(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

| | |
|---|---|
| DATED: February 7, 2008 | /s/ Harry M. Drandell<br>HARRY M. DRANDELL,<br>Attorney for Defendant, Robert Moreno |
| DATED: February 7, 2008 | /s/ Mark C. Ament<br>MARK C. AMENT<br>Attorney for Defendant, Ryan Nathan Friend |
| DATED: February 7, 2008 | /s/ Mark W. Coleman<br>MARK W. COLEMAN<br>Attorney for Defendant, Cesar Moreno |
| DATED: February 7, 2008 | /s/ Carl M. Faller<br>CARL M. FALLER,<br>Attorney for Defendant, Michael Ray Buchanan |
| DATED: February 7, 2008 | /s/ Daniel L. Harrison<br>DANIEL L. HARRISON<br>Attorney for Defendant, Christopher Travis |
| DATED: February 7, 2008 | /s/ Stanley A. Boone<br>STANLEY A. BOONE<br>Attorney for Plaintiff, United States of America |

IT IS SO ORDERED that the Status Conference in the above-captioned matter be continued from February 11, 2008, to March 31, 2008. Time is excluded pursuant to Title 18, U.S.C. §3161(h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   February 8, 2008**            /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE