McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone: (559) 497-4000

IN THE  UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,   )<br>)<br>v.    )<br>)<br>RYAN NATHAN FRIEND, et al. )<br>)<br>Defendant.   )<br>_____ ) | No.  1:07-CR-0101-AWI<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE and PROPOSED ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone,  Assistant United States Attorney for Plaintiff, and Marc C. Ament, Attorney for Defendant, RYAN NATHAN FRIEND, and Carl M. Faller, Attorney for Defendant, MICHAEL RAY BUCHANAN, II,  that the status conference presently set for June 2, 2008, at 9:00 a.m. may be continued to June 16, 2008, at 9:00 a.m.

//

//

//

//

//

//

1

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: May 28, 2008

By /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: May 28, 2008

By /s/ Marc C. Ament
MARC C. AMENT
Attorney for Defendant
RYAN NATHAN FRIEND

DATED: May 28, 2008

By /s/ Carl M. Faller
CARL M. FALLER
Attorney for Defendant
MICHAEL RAY BUCHANAN, II

**ORDER**

IT IS SO ORDERED.

**Dated:   May 29, 2008**          **/s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE

2