DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RYAN NATHAN FRIEND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br> v.<br><br>RYAN NATHAN FRIEND, et al.,<br><br>    *Defendant*. | No. 1:07-cr-0101 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date: August 11, 2008<br>Time: 9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

  **IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above-entitled matter now set for July 7, 2008, **may be continued to August 11, 2008, at 9:00 a.m.**

  This continuance is requested by counsel for defendant to allow additional time for investigation and continued settlement negotiations.

  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant

///

///

///

///

///

in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: July 2, 2008                    By:   /s/ Marc C. Ament
                                                MARC C. AMENT
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                RYAN NATHAN FRIEND

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: July 2, 2008                    By:   /s/   Stanley A. Boone
                                                STANLEY A. BOONE
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

DATED:  July 2, 2008                  By:   /s/ Carl M. Faller
                                                CARL M. FALLER
                                                Attorney for Defendant
                                                MICHAEL RAY BUCHANAN, II

## ORDER

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   July 3, 2008**                   **/s/ Anthony W. Ishii**
                                      CHIEF UNITED STATES DISTRICT JUDGE