DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721
Telephone (559) 487-5561

Attorney for Defendant
RYAN NATHAN FRIEND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 1:07-cr-00101 AWI |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE (Fed. R. Crim. P. 43(b)(3) & (c)(2)); ORDER |
| v. | |
| RYAN NATHAN FRIEND, | |
| Defendant. | |

**WAIVER**

I, Ryan Nathan Friend, having been advised of my right to be present at all stages of the proceedings, do hereby waive my right to be present in person in open court in the above-entitled case for all and every proceedings involving the determination of restitution pursuant to 18 U.S.C. §3664 (b)(5).  I request the Court allow my attorney to represent me in court and to proceed to hear the matters during any of my absences which the court may permit pursuant to this waiver.  I agree that my

///

///

///

///

///

Waiver of Personal Appearance

interests will be deemed to be represented at all times by the presence of my attorney, the same as if I were personally present.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3)and (c)(2).

DATED:   2/3         , 2009

      /s/  Ryan Friend
RYAN NATHAN FRIEND
35904-086
FCI Sheridan
P.O. Box 5000
Sheridan, OR. 97378

APPROVED:

/s/  Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant

## ORDER

**IT IS SO ORDERED.**  The defendant is excused from personally appearing at all hearings in this matter relating to restitution.

IT IS SO ORDERED.

**Dated:    February 11, 2009**          /s/ **Anthony W. Ishii**
                                                        CHIEF UNITED STATES DISTRICT JUDGE