DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721
Telephone (559) 487-5561

Attorney for Defendant
RYAN NATHAN FRIEND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 1:07-cr-00101 AWI |
| Plaintiff, | WAIVER OF RIGHT TO DETERMINATION OF RESTITUTION WITHIN 90 DAYS PURSUANT TO 18 U.S.C. § 3664(b)(5); ORDER THEREON |
| v. | |
| RYAN NATHAN FRIEND, | |
| Defendant. | |

**WAIVER**

I, Ryan Nathan Friend, hereby waive the time period set forth in 18 U.S.C. §3664 (b)(5) during which the court is to make a determination involving restitution in my case.  I understand that by waiving

///
///
///
///
///
///
///
///

this right my attorney, Francine Zepeda, will have the benefit of time to familiarize herself with my case and will be able to properly represent me in the hearing on restitution.

DATED:   2/3  , 2009

/s/ Ryan Friend
RYAN NATHAN FRIEND
35904-086
FCI Sheridan
P.O. Box 5000
Sheridan, OR. 97378

APPROVED:

/s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant

## ORDER

IT IS SO ORDERED.  The 90 day time limit period required for determination of restitution pursuant to 18 U.S.C. § 3664(b)(5) is hereby waived and the parties may schedule an appropriate time to bring the matter of restitution before this Court for consideration and hearing.

IT IS SO ORDERED.

Dated:   February 11, 2009            /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE