```
LAWRENCE G. BROWN
Acting United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE   UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01: 07-CR-00101 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION RE: RESTITUTION |
| | ) | OWED BY DEFENDANT RYAN FRIEND |
| v. | ) | and ORDER |
| | ) | |
| RYAN FRIEND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone,  Assistant United States Attorney for Plaintiff and Francine Zepeda, attorney for defendant, that the restitution hearing presently set for July 13, 2009, at 9:00 a.m., may be vacated and the parties agree that to the following restitution amounts shall be added to the defendant's judgment in favor of the victims of his convicted conduct:

| | |
|---|---|
| Chase: | $122,740.00 |
| Citibank: | $102,000.00 |
| Navy Federal Credit Union (NFCU) | $ 10,000.00 |
| Total: | $234,740.00 |

1

The parties also stipulate that this affects no other co-defendants' obligation to pay their restitution obligations as ordered by the court, which includes these stipulated amounts, and any amounts paid by them will be reduced to this defendant's stipulated obligation to the extent that such obligations are joint and several restitution obligations.

.

                                        Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

DATED: _____     By   /s/ Stanley A. Boone
                               STANLEY A. BOONE
                               Assistant U.S. Attorney

DATE: _____     By   /s/ Francine Zepeda
                               FRANCINE ZEPEDA
                               Attorney for Ryan Friend

**ORDER**

IT IS SO ORDERED.

**Dated:   August 14, 2009**     **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE